**Order entered September 22, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-21-00743-CV

## HERSCHEL HAWTHORNE, LLC, ALEXANDER PERRY, AND LABORA REAL ESTATE, INC. F/K/A CES PROPERTY INVESTMENTS, INC., Appellants

### V.

## PAUL AND LESLIE GLEISER, STEVE AND TINA GWINN, AND WARD AND CHERI COPLEY, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-19191**

### ORDER

Before the Court is appellants' motion to extend the deadline to file their brief. We note appellees have a pending motion to dismiss appellant Herschel Hawthorne, LLC's appeal. In light of appellees' dismissal motion, we **GRANT** appellants' motion to the extent that we **SUSPEND** the briefing deadline pending a determination of the motion to dismiss.

/s/     CRAIG SMITH
JUSTICE